**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6774**

———————

UNITED STATES OF AMERICA,

                 Plaintiff – Appellee,

      v.

DERRICK WONDELL BURCH, a/k/a Darrick Wondell Burch,

                 Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (2:03-cr-00077-RAJ-JEB-1)

———————

Submitted:  August 17, 2012         Decided:  August 23, 2012

———————

Before WILKINSON, SHEDD, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Derrick Wondell Burch, Appellant Pro Se.  Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Wondell Burch appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Burch</u>, No. 2:03-cr-00077-RAJ-JEB-1 (E.D. Va. Apr. 5, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>